LOCKE LORD BISSELL & LIDDELL LLP
Robert J. McAughan, Jr. (*pro hac vice*)
bmcaughan@lockelord.com
Pankti Patel (*pro hac vice*)
ppatel@lockelord.com
3400 JP Morgan Chase Tower
600 Travis
Houston, Texas 77002
Telephone:  713.226.1200
Facsimile:   713.223.3717

Keith G. Wileman (SBN: 111225)
kwileman@lockelord.com
Cory A. Baskin (SBN: 240517)
cbaskin@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California  90071-3119
Tel:  213.485.1500
Fax:  213.485.1200

Attorneys for Defendants
TARGET CORPORATION and
FRANKLIN SPORTS, INC.

Lori Minassian (SBN: 223542)
lminassian@foley.com
Diana Chen (SBN: 232921)
dchen@foley.com
FOLEY & LARDNER LLP
2029 Century Park East, 35th Floor
Los Angeles, CA 90067-3021
Phone:  310.277.2223
Fax:  310.557.8475

Attorneys for Plaintiff
PATENT CATEGORY CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENT CATEGORY CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>            Defendants. | Case No.  CV 06-07311 CAS (CWx)<br><br>**ORDER APPROVING JOINT STIPULATED PROTECTIVE ORDER** |

1  The Court, having considered the parties' Stipulated Joint Protective Order, and
2 good cause appearing therefore, hereby orders that the provisions of said Stipulated
3 Joint Protective Order are approved, adopted and incorporated by this reference, and
4 the same shall constitute the Protective Order of this Court.
5  IT IS SO ORDERED.

7 Dated: __March 10__, 2008  ENTERED:

_____/s/_____
Hon. Carla Woehrle
United States Magistrate Judge